## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| GAIL OLDHAM, | ) |
| Plaintiff, | ) Case No. **CJ-2020-962** |
| v. | ) |
| SODEXO, INC.; and SODEXO OPERATIONS, LLC d/b/a SUBWAY | ) FILED IN DISTRICT COURT OKLAHOMA COUNTY |
| Defendants. | ) FEB 18 2020 |
| | ) RICK WARREN COURT CLERK |

**PETITION**

Plaintiff, Gail Oldham, for her cause of action against Defendants states as follows:

1. Upon information and belief, Defendants own and operate the Subway restaurant located within the Children's Hospital at OU Medicine located at 1200 Children's Avenue, Oklahoma City, Oklahoma 73104.

2. On or about December 12, 2018, Plaintiff bit into a sandwich prepared by employees of the above-referenced Subway and was injured by a foreign object found within the sandwich.

3. The incident which gives rise to this cause of action occurred in Oklahoma County, State of Oklahoma, and therefore, this Court has proper jurisdiction and venue over this matter.

4. As a direct and proximate result of Defendants' negligent acts, and/or omissions to act, Plaintiff has suffered serious bodily injury, pain and suffering for which she should be compensated.

WHEREFORE, Plaintiff, Gail Oldham, demands judgment against Defendants in an amount in excess of $75,000.00, together with interests, costs, and other further relief the Court deems equitable, just and available to Plaintiff by law.

Respectfully submitted,

*[signature]*

Patrick H. Lane, OBA #30885
Jordan M LePage, OBA #32446
BALL | MORSE | LOWE
531 Couch Drive, Suite 201
Oklahoma City, OK 73102
Telephone: (405) 701-5355
Facsimile: (405) 701-2830
plane@ballmorselowe.com
jlepage@ballmorselowe.com
***ATTORNEYS FOR PLAINTIFF***

JURY TRIAL DEMANDED
ATTORNEY LIEN CLAIMED

MAY 0 1 2020



**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

Sodexo Operations, LLC
Dora Davis Program Specialist
Sodexo, Inc.
9801 Washingtonian Boulevard
Suite 1205C
Gaithersburg MD 20878

May 04, 2020

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).  **ALL information should be verified by you.**

Item: 2020-1663

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| #   | Field | Value |
|-----|-------|-------|
| 1.  | **Entity Served:** | Sodexo Operations, LLC |
| 2.  | **Title of Action:** | Gail Oldham vs. Sodexo, Inc.; Sodexo Operations, LLC d/b/a Subway |
| 3.  | **Document(s) Served:** | Entry of Appearance<br>Summons<br>Petition |
| 4.  | **Court/Agency:** | Oklahoma County District Court |
| 5.  | **State Served:** | Oklahoma |
| 6.  | **Case Number:** | CJ-2020-962 |
| 7.  | **Case Type:** | Negligence/Personal Injury |
| 8.  | **Method of Service:** | Certified Mail |
| 9.  | **Date Received:** | Friday 05/01/2020 |
| 10. | **Date to Client:** | Monday 05/04/2020 |
| 11. | **# Days When Answer Due:**<br>**Answer Due Date:** | 20<br>Thursday 05/21/2020 — <u>CAUTION:</u> Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | Patrick H. Lane<br>Oklahoma City, OK<br>405-701-5355 |
| 13. | **Shipped To Client By:** | Email Only with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 371 |
| 16. | **Notes:** | None |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information.  At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process.  To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.